[Cite as *Atkinson v. Unknown*, 2010-Ohio-6634.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ROBERT ATKINSON

   Plaintiff

   v.

UNKNOWN

   Defendant

   Case No. 2010-09051-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1}  On August 26, 2010, this court issued an entry granting plaintiff's motion for extension of time to file an amended complaint. The amended complaint was to be filed within 30 days of the date of the entry. Upon review, plaintiff has not filed the amended complaint. Therefore, plaintiff's case is DISMISSED without prejudice. The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Robert Atkinson, #545-578
P.O. Box 45699
Lucasville, Ohio  45699

Case No. 2006-03532-AD - 2 - MEMORANDUM DECISION

DRB/laa
Filed 10/7/10
Sent to S.C. reporter 1/21/11